UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL CONFER and SARA CONFER,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | CASE NO. 3:20-cv-00064-KRG |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. This dismissal does not toll or extend any applicable statute of limitations.

Dated:     September 21, 2020                                       Respectfully Submitted,

**CORY WATSON PC**                                                  **GREENBERG TRAURIG, LLP**


/s/ J. Curt Tanner                                                  /s/ Brian T. Feeney
J. Curt Tanner                                                      Brian T. Feeney (PA ID 78574)
Jon C. Conlin                                                       A. Michael Pratt (PA ID 44973)
James C. Tanner                                                     1717 Arch Street, Suite 400
2131 Magnolia Avenue, Suite 200                                     Philadelphia, PA 19103
Birmingham, AL 35205                                                Tel: 215-988-7812 / 215-972-5916
Tel: 205-901-0357                                                   Fax: 215-988-7801
Fax: 205-324-7896                                                   Email: feeneyb@gtlaw.com
Email: ctanner@corywatson.com                                              prattam@gtlaw.com

*Attorneys for Plaintiff*                                           *Attorney for Defendants C. R. Bard, Inc.*
                                                                    *and Bard Peripheral Vascular, Inc.*

AND NOW, this  22nd
day of September, 20 20.
IT IS SO ORDERED.  [signature]

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served, a true and correct copy of the foregoing Stipulation of Dismissal was served via this Court's ECM/ECF notification system upon all counsel of record.

/s/ Brian T. Feeney
Brian T. Feeney
